**Martin B. CONNERS, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 23621.**

United States Court of Appeals, Ninth Circuit.

Sept. 25, 1970.

Thomas G. DeJonghe (argued), San Francisco, Cal., for petitioner-appellant.

---

* Hon. Raymond E. Plummer, United States District Judge, District of Alaska, sitting by designation.

**1208**

Phillip Johnson (argued), Asst. U. S. Atty., Harry D. Steward, U. S. Atty., San Diego, Cal., Thomas C. Lynch, Atty. Gen., Los Angeles, Cal., for respondent-appellee.

Before MERRILL and HUFSTEDLER, Circuit Judges, and JAMESON, District Judge.*

PER CURIAM:

The District Court denied appellant relief under 28 U.S.C. § 2255 for the reason that appellant "has too long slept upon his rights." Section 2255, however, expressly provides that a motion for relief under that section may be made at any time.

"This later provision simply means that, as in habeas corpus, there is no statute of limitations, no *res judicata*, and that the doctrine of laches is inapplicable." Heflin v. United States, 358 U.S. 415, 420, 79 S.Ct. 451, 454, 3 L.Ed.2d 407 (concurring opinion 1959); Haier v. United States, 334 F. 2d 441 (10th Cir. 1964).

Reversed and remanded for further proceedings.